■ EDIS FUENTES et al., Appellants, v JOANNA LERMAN et al., Respondents. [644 NYS2d 995]

It is well settled that no appeal lies from an order entered upon the default of the appealing party (*see*, CPLR 5511; *Matter of Paulucci v Baer*, 215 AD2d 662; *Murphy v Murphy*, 212 AD2d 583; *Kelly v Long Is. Coll. Hosp.*, 199 AD2d 244). The plaintiffs' failure to appear at the certification conference constituted a default, and the proper procedure to challenge the dismissal is a motion to vacate the default (*see*, *Kelly v Long Is. Coll. Hosp.*, *supra*). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.